11th
Court of Appeals

                                                                  Eastland,
Texas

                                                             Memorandum
Opinion

 

Henry Gene Stewart

Appellant

Vs.                   No. 11-03-00352-CV B Appeal from Jones County

Stacy Mae Stewart

Appellee

 

Henry Gene Stewart has filed in this court a
motion to dismiss his appeal.  Henry
states in his motion that the Aparties have resolved their disputes at the trial court level.@  The
motion is granted.  TEX.R.APP.P. 42.1.

The appeal is dismissed.

 

PER CURIAM

 

October 23, 2003

Not designated for publication.  See TEX.R.APP.P. 47.2(a).

Panel consists of: Arnot, C.J., and

Wright, J., and McCall, J.